IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CV-74-D

TRI-J COMPANY, LLC,           )
GARY JEFFREY, and             )
MYRANDA JEFFREY,              )
                              )
            Plaintiffs,       )
                              )
    v.                        )           ORDER
                              )
INTERNAL REVENUE SERVICE,     )
et al.,                       )
                              )
            Defendants.       )

On March 11, 2016, the court provided Tri-J Company, LLC one more opportunity to obtain counsel and ordered plaintiff Tri-J Company, LLC, to have counsel enter an appearance not later than April 1, 2016, if it wishes to proceed with this case. See [D.E. 21]. Plaintiff did not respond to this court's order and to date, no attorney has filed a notice of appearance on behalf of plaintiff Tri-J Company, LLC. In light of plaintiff's failure to comply, the action is DISMISSED without prejudice.

SO ORDERED. This 20 day of April 2016.

JAMES C. DEVER III
Chief United States District Judge